# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| DAVID RICO PODA | Case No.  6:16CR60037-001 |
|---|---|
| | USM No.  14718-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   Standard & Special Conditions   of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Law Violation | October 24, 2019 |
| Two | Standard Condition #10: Possession of a Firearm | October 24, 2019 |
| Three | Standard Condition #9: Failure to report law enforcement contact | October 01, 2019 |
| Five | Mandatory Condition #3 and Special Condition #2: Use of Controlled Substances; Failure to Participate in Substance Abuse Testing | August 14, 2019 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s)   Four   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   3685

Defendant's Year of Birth:   1987

City and State of Defendant's Residence:
Texarkana, Arkansas

February 27, 2023
Date of Imposition of Judgment

*Susan O. Hickey* (signature)
Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

February 28, 2023
Date

Judgment — Page 2 of 2

DEFENDANT: DAVID RICO PODA
CASE NUMBER: 6:16CR60037-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**Twenty-one (21) months with credit for time served in federal custody since March 18, 2022 with no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

It is recommended the defendant be housed at FCI Texarkana or as close to Hot Springs, AR as possible.

The defendant participate in any drug treatment programs he may qualify for while incarcerated.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL